# Court of Appeals
# of the State of Georgia

ATLANTA, __September 22, 2016__

*The Court of Appeals hereby passes the following order:*

**A16A0981. IN THE INTEREST OF M. V. et al., children (father).**

On September 8, 2015, this Court granted the appellant father's application for discretionary review of the juvenile court's order terminating his parental rights in the children at issue. On September 14, 2015, the father filed a timely notice of appeal.

Having reviewed the briefs and the record, including the transcript of the termination hearing, we DISMISS this appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*__09/22/2016__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*